In the Matter of the Accounting of JAMES E. KEEFE, as Executor of PHILOMENA E. MCGARRY, Deceased, Appellant; CHARLES E. HAWKINS, as Committee of JOHN MCGARRY, Respondent.

(Argued January 7, 1936; decided January 21, 1936.)

*Joseph E. Keenan* for appellant.

*Mordecai S. Jacobsen* and *Harry Silver* for respondent.

Order affirmed, with costs payable out of the estate, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.